sion, Second Department. November 21, 1906.) Action by Michael Power, as trustee, against P. Anthony Brock, individually, and as trustee, etc., and others. No opinion. Judgment affirmed, without costs.

POWERS, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. December 28, 1906.) Action by Geoffrey Powers against the Metropolitan Street Railway Company. F. Pierce, for appellant. J. P. Cotton, Jr., for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

PRATT, Appellant, v. CLARK, et al., Respondents. (Supreme Court, Appellate Division, First Department. October 19, 1906.) Action by Tracy W. Pratt against William I. Clark and others. No opinion. Motion to dismiss appeal from judgment denied, without costs. Order filed.

PRATT, Appellant, v. CLARK et al., Respondents. (Supreme Court, Appellate Division, First Department. October 19, 1906.) Action by Tracy W. Pratt against William I. Clark, and others. No opinion. Motion to dismiss appeal from order requiring plaintiff to give security for costs granted, with $10 costs. Order filed.

PRENDERGAST, Respondent, v. NASSAU COUNTY WATER CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 16, 1906.) Action by James Prendergast against the Nassau County Water Company. No opinion. Judgment and order of the County Court of Nassau County unanimously affirmed, with costs.

PRENDERGAST, Respondent, v. NASSAU COUNTY WATER CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 28, 1906.) Action by James Prendergast against the Nassau County Water Company. No opinion. Motion denied.

PRESTON, Appellant, v. ALBEE et al., Respondents (two cases). (Supreme Court, Appellate Division, First Department. December 28, 1906.) Actions by Charles M. Preston, as receiver, against Franklin C. Albee and others. C. W. Dayton, for appellant. S. R. Taylor and A. Thain, for respondents. No opinion. Orders affirmed, with $10 costs and disbursements. Orders filed.

PRESTON, Appellant, v. ARTHUR et al., Respondents (two cases). (Supreme Court, Appellate Division, First Department. December 28, 1906.) Action by Charles M. Preston, as receiver, against Mary E. Arthur and others. C. W. Dayton, for appellant. S. R. Taylor and H. Arthur, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PRICE, Respondent, v. ARVERNE-BY-THE-SEA CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 16, 1906.) Action by Kate E. Price against the Arverne-by-the-Sea Company. No opinion. Order affirmed, with $10 costs and disbursements.

QUINN, Respondent, v. THIRD AVE. R. CO., appellant. (Supreme Court, Appellate Division, First Department. December 28, 1906.) Action by Thomas P. Quinn, against the Third Avenue Railroad Company. B. H. Ames, for appellant. M. A. Tyng, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

RAMSEY, Appellant, v. AHEARN, Respondent. (Supreme Court, Appellate Division, First Department. November 23, 1906.) In the matter of Joseph Ramsey against John F. Ahearn, as president. I. B. Louis, for appellant. W. B. Crowell, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

RANKEN, Respondent, v. DONOVAN et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 28, 1906.) Action by Virginia J. Ranken against Michael Donovan and Cartwright McBride, trustees, etc. No opinion. Motion granted.

RATTAY, Respondent, v. ALLEN DITCHETT CO., Appellant. (Supreme Court, Appellate Division, First Department. December 28, 1906.) Action by Joseph Rattay against the Allen Ditchett Company. G. H. Taylor, for appellant. I. B. Wheeler, for respondent. PER CURIAM. Judgment and order affirmed, with costs. Order filed. INGRAHAM, J., dissents.

RAU, Respondent, v. M. STRAUSS & SONS, Appellant. (Supreme Court, Appellate Division, First Department. December 7, 1906.) Action by Henry M. Rau against M. Strauss & Sons. W. J. Barr, for appellant. D. Gerber, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

REALS v. WHITNEY. (Supreme Court, Appellate Division, First Department. November 5, 1906.) Action by Grace Reals against Fred C. Whitney. No opinion. Judgment and order affirmed, with costs.

REED, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. November 16, 1906.) Action by Millard F. Reed against the city of New York. No opinion. Judgment and order unanimously affirmed, with costs.

REED et al., Respondents, v. JOYCE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. December 7, 1906.) Action by George D. Reed and another against Minnie L. Joyce and others. No opinion. Judgment and order affirmed, with costs.